898

No. 22, Original. SOUTH CAROLINA *v.* KATZENBACH, ATTORNEY GENERAL OF THE UNITED STATES. The motion for leave to file a bill of complaint is granted. The defendant shall file his answer on or before November 20, 1965. The plaintiff shall file its brief on the merits on or before December 20, 1965. The defendant shall file his brief on the merits on or before January 5, 1966. The case is set for oral argument on Monday, January 17, 1966. Any State may submit a brief, *amicus curiae,* on or before December 20, 1965, and any such State desiring to participate in the oral argument, as *amicus curiae,* shall file with the Clerk of the Court a request for permission to do so on or before December 20, 1965. MR. JUSTICE BLACK, MR. JUSTICE HARLAN and MR. JUSTICE STEWART would deny the motion for leave to file the bill of complaint. *Daniel R. McLeod,* Attorney General of South Carolina, *David W. Robinson* and *David W. Robinson II* for plaintiff. *Solicitor General Marshall* for defendant.

NOVEMBER 8, 1965.

No. 27. GUNTHER *v.* SAN DIEGO & ARIZONA EASTERN RAILWAY Co. C. A. 9th Cir. (Certiorari granted, 380 U. S. 905.) Motion of the Railway Labor Executives' Association for leave to file a brief, as *amicus curiae,* granted. *Clarence M. Mulholland, Edward J. Hickey, Jr.,* and *Richard R. Lyman* for the Railway Labor Executives' Association, as *amicus curiae,* urging reversal. *Waldron A. Gregory* and *William R. Denton* for respondent, in opposition.